DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6503 / Fax: (702) 388-6418
phillip.smith@usdoj.gov

Attorney for the Plaintiff

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:14-cr-280-JCM-GWF** |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDRE HALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### <u>STIPULATION TO CONTINUE SENTENCING HEARING</u>

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Melanie Hill, Esq., counsel for Defendant ANDRE HALL, that the sentencing hearing for the above-captioned matter, currently scheduled for July 25, 2016, at the hour of 10:30 a.m., be vacated and continued to a date and time convenient for this Court, but in no event earlier than two (2) weeks.

This stipulation is entered for the following reasons:

1. Undersigned counsel for the Government will be on a pre-planned vacation (and out of the country) from July 22, 2016 until August 8, 2016. Given the sentencing issues present

-1-

in this case, undersigned counsel for the Government desires to personally handle the Defendant's sentencing hearing as opposed to asking another Assistant United States Attorney to appear in his stead.

     2.    The Defendant is in custody, but he does not object to the continuance.

     3.    Denial of this request for a continuance of the sentencing hearing could potentially prejudice both parties.

     4.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

     5.    This is the fifth stipulation filed herein to continue the sentencing hearing.

     DATED: July 15, 2016.


_____     _____
/s/     /s/
PHILLIP N. SMITH, JR.     MELANIE HILL, ESQ.
Assistant United States Attorney     Counsel for Defendant ANDRE HALL
Counsel for the United States

-2-

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:14-cr-280-JCM-GWF** |
| | ) | |
| | ) | **ORDER CONTINUING** |
| Plaintiff, | ) | **SENTENCING HEARING** |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDRE HALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### <u>ORDER</u>

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for July 25, 2016, at the hour of 10:30 a.m., be vacated and continued to **August 11, 2016 at 10:30 a.m.**

DATED July 20, 2016.

_____
UNITED STATES DISTRICT JUDGE