UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>ANDRE HALL, et al.,<br><br>　　　　　　　　　　　　Defendant(s). | Case No. 2:14-CR-280 JCM (GWF)<br><br>ORDER |

　　　　Presently before the court is defendant Andre Hall's "request" for a BOP recommendation, which the court will treat as a motion. (ECF No. 244).

　　　　Defendant requests that the court recommend him to be housed at FCI Tucson to serve his sentence so that he may participate in the electrician apprenticeship program and obtain his GED.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for a BOP recommendation (ECF No. 244) be, and the same hereby is, GRANTED.

　　　　IT IS FURTHER ORDERED that the clerk shall include this recommendation in the judgment.

　　　　DATED August 17, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**