RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Andre Hall

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE HALL,<br><br>Defendant. | Case No. 2:14-cr-280-JCM-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Andre Hall, that the Revocation Hearing currently scheduled on August 20, 2019 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than September 3, 2019.

This Stipulation is entered into for the following reasons:

1. Defense counsel is out of the office on the currently scheduled hearing date. Both parties are available no sooner than September 3, 2019.

2. Additionally, defense counsel requires time to meet with Mr. Hall regarding the alleged violations.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 7th day of August, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ANDRE HALL,<br><br>        Defendant. | Case No. 2:14-cr-280-JCM-GWF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, August 20, 2019 at 10:00 a.m., be vacated and continued to  September 5, 2019  at the hour of 10:30 a.m.; or to a time and date convenient to the court.

DATED August 9, 2019.

_____
UNITED STATES DISTRICT JUDGE