RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Andre Hall

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE HALL,<br><br>Defendant. | Case No. 2:14-cr-280-JCM-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Andre Hall, that the Revocation Hearing currently scheduled on September 5, 2019 at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has met with Mr. Hall. Since meeting with Mr. Hall, defense counsel has received probation's recommendation. Additional time is needed to review the

recommendation with Mr. Hall and attempt to negotiate the pending matter. Additionally, defense counsel requires additional time to conduct investigation into the new law violation.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 28th day of August, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDRE HALL,<br><br>          Defendant. | Case No. 2:14-cr-280-JCM-GWF<br><br>**ORDER** |

     IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, September 5, 2019 at 10:30 a.m., be vacated and continued to  October 24, 2019  at the hour of 10:30 a.m.

     DATED August 28, 2019.

_____
UNITED STATES DISTRICT JUDGE

3