RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Andre Hall

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE HALL,<br><br>Defendant. | Case No. 2:14-cr-280-JCM-GWF-2<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Patrick Burns, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Andre Hall, that the Revocation Hearing currently scheduled on December 2, 2019 at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Since the last requested continuance, defense counsel was able to meet with Mr. Hall but not in person. Defense counsel ran into an issue with seeing Mr. Hall due to the jail count. As such, the meeting proceeded via video.

2. Understandably so, Mr. Hall feels more comfortable discussing his questions in person. Due to the holidays, defense counsel is not able to see him this week and prior to the currently scheduled revocation hearing. Defense counsel will be back out to the jail on Thursday, December 5, 2019.

3. Absent extraordinary circumstances, defense counsel does not foresee any further continuances.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 25th day of November, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Patrick Burns*<br>By_____<br>PATRICK BURNS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-280-JCM-GWF-2 |
| Plaintiff, | **ORDER** |
| v. | |
| ANDRE HALL, | |
| Defendant. | |

IT IS ORDERED that the revocation hearing currently scheduled for Monday, December 2, 2019 at 10:30 a.m., be vacated and continued to **January 6, 2020** at the hour of **10:00 a.m.**

DATED November 25, 2019.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE