NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PATRICK BURNS
Nevada Bar No. 11779
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5069 / Fax: (702) 388-5087
John.P.Burns@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO: 2:14-cr-00280-JCM-GWF** |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING DATE** |
| vs. | |
| **ANDRE HALL,** | **(FIFTH REQUEST)** |
| Defendant. | |

It is hereby stipulated and agreed, by and between NICHOLAS A. TRUTANICH, United States Attorney, through PATRICK BURNS, Assistant United States Attorney, and Assistant Federal Public Defender RAQUEL LAZO, counsel for Defendant ANDRE HALL, that the revocation hearing in the above-captioned matter, previously scheduled for January 13, 2020, at 10:30 a.m., be vacated and continued to January 23, 2020 at 10:30 a.m.

This Stipulation is entered into for the following reasons:

1. The supervised release revocation hearing in this matter is currently set for January 13, 2020 at 10:30 a.m.

2. Counsel for the government is currently scheduled to be out of the jurisdiction for a training on the date set for the revocation hearing.

3. To ensure continuity of government counsel in this matter, the government

requests that the revocation hearing be continued to January 23, 2020 at 10:30 a.m., or such other date as the Court deems appropriate.

    4.    Defendant is currently in custody, but does not oppose this request.

    5.    This request is made in good faith and not for purposes of delay.

Dated this 6th day of January, 2020

                                                             NICHOLAS A. TRUTANICH
                                                             United States Attorney

    //s//                                                 //s//
By: _____              By:_____
    RAQUEL LAZO                             PATRICK BURNS
    Assistant Federal Public Defender        Assistant United States Attorney
    Counsel for Defendant Andre Hall

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>ANDRE HALL,<br><br>           Defendants. | CASE NO:  2:14-cr-00280-JCM-GWF<br><br>FINDINGS OF FACT |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The supervised release revocation hearing in this matter is currently set for January 13, 2020 at 10:30 a.m.

2. Counsel for the government is currently scheduled to be out of the jurisdiction for a training on the date set for the revocation hearing.

3. To ensure continuity of government counsel in this matter, the government requests that the revocation hearing be continued to January 23, 2020 at 10:30 a.m.

4. Defendant is currently in custody, but does not oppose this request.

5. This is the fifth request for a continuance filed in this matter.

For all of the above-stated reasons, the ends of justice would be served best by a continuance of the supervised release revocation hearing date.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

**ORDER**

IT IS ORDERED that the supervised release revocation hearing in *United States v. Andre Hall*, Case No. 2:14-cr-00280-JCM-GWF, previously scheduled for January 13, 2020 at 10:30 a.m. is vacated and continued until  January 23, 2020   at  10:30 a.m  .

Dated January 7, 2020.

By: _____
Hon. James C. Mahan
United States District Court Judge

## Certificate of Service

I, Patrick Burns, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: **STIPULATION TO CONTINUE REVOCATION HEARING DATE**, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said document.

Dated: January 6, 2020

/s/   Patrick Burns
PATRICK BURNS
Assistant United States Attorney
District of Nevada